# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| MESSIAH GREEN, | :: | MOTION TO VACATE |
|     Movant, | :: | 28 U.S.C. § 2255 |
| | :: | |
| v. | :: | CRIMINAL NO. |
| | :: | 1:08-CR-0171-RWS-RGV-1 |
| UNITED STATES OF AMERICA, | :: | |
|     Respondent. | :: | CIVIL ACTION NO. |
| | :: | 1:11-CV-2909-RWS-RGV |

## **ORDER**

This case is before the Court for consideration of the Final Report and Recommendation [142] of Magistrate Judge Russell G. Vineyard. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Movant Messiah Green's 28 U.S.C. § 2255 motion to vacate his sentence [133] is **DENIED**. Further, because Movant cannot show that reasonable jurists could debate the Court's denial of his grounds for relief, Movant is denied a Certificate of Appealability. The Clerk shall close the case.

**IT IS SO ORDERED** this   15th   day of February, 2012.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)